COMMISSIONER OF INTERNAL REVENUE v. WINSTON OIL COMPANY.

No. 1866.

Circuit Court of Appeals, Tenth Circuit.

Dec. 12, 1939.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Charles H. Garnett, of Oklahoma City, Okl., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Reversed and remanded with instructions to redetermine the tax and in computing the depletion allowance to deduct the drilling and development cost from the gross income from the lease in determining the net income therefrom for the purpose of applying the limitation of fifty per cent of the net income.

Lester A. CRANCER and George B. Fleischman, Copartners Doing Business as Valley Steel Products Company and Mid-Valley Steel Company, Respectively, Petitioners, v. Honorable George H. MOORE, One of the Judges of the United States District Court, Eastern Division of the Eastern Judicial District of Missouri.

No. 465.

Circuit Court of Appeals, Eighth Circuit.

Jan. 25, 1940.

Irl B. Rosenblum, of St. Louis, Mo., for petitioners.

Hale Houts, of Kansas City, Mo., for respondent.

PER CURIAM.

Application for writ of prohibition directed to respondent denied.

FEDERAL DEPOSIT INSURANCE CORPORATION and Federal Deposit Insurance Corporation, as Liquidator and Receiver for the First National Bank of Centerville, South Dakota, Appellant, v. John A. JOHNSON.

No. 11682.

Circuit Court of Appeals, Eighth Circuit.

Jan. 31, 1940.

Davenport & Evans, of Sioux Falls, S. D., for appellant.

Danforth & Danforth, of Sioux Falls, S. D., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, etc., pursuant to stipulation.

H. W. FINDLEY, Defendant-Appellant, v. The F. D. CUMMER & SON COMPANY, Plaintiff-Appellee.

No. 7208.

Circuit Court of Appeals, Third Circuit.

Jan. 3, 1940.

Clarence B. Nixon, of Pittsburgh, Pa., for appellant.

Elder W. Marshall, of Pittsburgh, Pa., for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

For the reasons set forth in the memorandum opinion of the district court, 30 F.Supp. 884, denying the defendant's motion for a new trial and upon the authority of Second National Bank of Reading v. Yeager, 268 Pa. 167, 111 A. 159; Speier v. Michelson, 303 Pa. 66, 154 A. 127, and Philadelphia Record Co. v. Sweet, 124 Pa.Super. 414, 188 A. 631, the judgment appealed from is affirmed.